IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICKI L. STRICKLAND,

      Plaintiff,                         No. 2: 12-cv-2898 KJM JFM

    vs.

FAIRFIELD-SUISUN UNIFIED        ORDER
SCHOOL DISTRICT,

      Defendant.

_____/

        Plaintiff, proceeding pro se, commenced this action on August 20, 2012 by filing a complaint in the Superior Court of the State of California for the County of Solano. Thereafter, defendant filed a notice of removal. (See Dkt. No. 1.) On December 6, 2012, defendant filed a motion to dismiss and noticed the motion for January 17, 2013 before the undersigned. (See Dkt. No. 6.) On December 27, 2012, plaintiff, proceeding through counsel Sabina Sadykhova, filed a first amended complaint. (See Dkt. No. 8.)

        Because plaintiff is now represented by counsel, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The undersigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action; and

2. All dates pending before the undersigned are vacated.

DATED: January 7, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
stri2898.referback