1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI L. STRICKLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT, RON HAWKINS, an individual, GAIL PIZZO, an individual, ANDREW GREEN-OWNBY, an individual, ANTHONY DEMARTO, an individual, and Does 1-50, inclusive.<br><br>    Defendants. | CASE No.: 2:12 - CV - 02898- KJM - JFM<br><br>**ORDER TO STIPULATION FOR REMAND OF CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO** |

   The Court has reviewed the Stipulation between Defendant FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT ("Defendant") and Plaintiff VICKI L. STRICKLAND ("Plaintiff") to remand the above-captioned case to Superior Court of California, County of Solano.

   The Court finds that remand of the above-captioned case is appropriate. Accordingly,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

   1.  The Stipulation is APPROVED;

1

**CASE NO.: 2:12 - CV - 02898- KJM - JFM**
**ORDER TO STIPULATION FOR REMAND**

1  2. The above-captioned case is hereby REMANDED to the Superior Court of California,
2  County of Solano.
3 DATED: February 6, 2013.

_____
UNITED STATES DISTRICT JUDGE

2
**CASE NO.: 2:12 - CV - 02898- KJM - JFM**
**ORDER TO STIPULATION FOR REMAND**